# United States Bankruptcy Court
## Middle District of Georgia

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Doll & Doll Motor Company** | |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Rob Doll Nissan** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **58-0810689** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **1600 Box Road Columbus, GA** ZIP Code **31907** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Muscogee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** *** J. Robert Williamson 765214 ***

THIS SPACE IS FOR COURT USE ONLY

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Doll & Doll Motor Company**

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** ______________________________
Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Doll & Doll Motor Company**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor


______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of Attorney*

X **/s/ J. Robert Williamson**
Signature of Attorney for Debtor(s)

**J. Robert Williamson 765214**
Printed Name of Attorney for Debtor(s)

**Scroggins & Williamson**
Firm Name

**127 Peachtree St. NE**
**1500 Candler Bldg.**
**Atlanta, GA 30303**

Address

**Email: centralstation@swlawfirm.com**
**404-893-3880 Fax: 404-893-3886**
Telephone Number

**September 17, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert W. Doll**
Signature of Authorized Individual

**Robert W. Doll**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**September 17, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**CERTIFIED COPY OF RESOLUTIONS**
**OF BOARD OF DIRECTORS**

**SEPTEMBER 17, 2009**

This is to certify that, at an emergency meeting of the Board of Directors (the "Board") of Doll & Doll Motor Company, a Georgia corporation (the "Company"), conducted on September 17, 2009, at which a quorum was present, the following resolution was duly adopted:

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, members, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

**RESOLVED**, that Robert W. Doll, President (together with any other officer of the Company, an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Middle District of Georgia, at such time as said officer executing the same shall determine and in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

**RESOLVED**, that the firm of Scroggins & Williamson, with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as attorneys for the Company under a general retainer in connection with the prosecution of the Company's case under chapter 11 of the Code, and to pay to Scroggins & Williamson reasonable compensation for services rendered in connection with such engagement;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Code, including, but not limited to, motions to obtain the use of cash collateral and to incur debtor in possession financing, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to cause the Company, and the Company is hereby authorized, to incur post-petition secured and super-priority indebtedness in an amount determined to be necessary or advisable by either such Authorized Officers, and each such Authorized Officer or designate is hereby authorized to negotiate, execute and deliver definitive loan documentation evidencing such indebtedness (the "Post-Petition

Credit Agreement”), and the Company is authorized to perform all of the obligations and agreements of the “Borrower” thereunder (including the repayment of any amount owing thereunder) and to consummate the transactions contemplated thereby, and each such Authorized Officer or designee is hereby authorized to negotiate, make, sign, execute, acknowledge, deliver and perform any and all such other instruments and agreements which they deem necessary, proper and desirable in connection therewith, including (without limitation) a security agreement and pledge agreement, pursuant to which all of the assets of the Company will be pledged to the lenders as collateral under the Post-Petition Credit Agreement, in each case, in such forms and with such changes, modifications or additions thereto as the executing Authorized Officer or designate shall approve in his or her sole discretion (such approval to be conclusively evidenced by the execution of the Post-Petition Credit Agreement and such other instruments and agreements);

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company financial advisors, special counsel, accountants, public relations advisors and other professionals, to advise the Company in connection with its case under chapter 11 of the Code;

**RESOLVED**, that the Authorized Officers of the Company be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

**RESOLVED**, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer’s determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

Said Resolution is still of full force and effect.

By: /s/ Robert W. Doll
Name: Robert W. Doll
Title: Chairman/President
Dated: September 17, 2009

# United States Bankruptcy Court
## Middle District of Georgia

In re **Doll & Doll Motor Company** Debtor(s)

Case No. ____________
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Falcon Financial<br>180 Glastonbury Blvd Ste 201<br>GlastonBury, Ct 06033** | **Falcon Financial<br>180 Glastonbury Blvd Ste 201<br>GlastonBury, Ct 06033** | | | **30,277.00** |
| **Atlanta Fuel Company<br>P.O. Box 93586<br>Atlanta, Ga 30377** | **Atlanta Fuel Company<br>P.O. Box 93586<br>Atlanta, Ga 30377** | | | **16,458.71** |
| **CB&T<br>P.O. Box 120<br>Columbus, GA 31902** | **CB&T<br>P.O. Box 120<br>Columbus, GA 31902** | | | **10,000.00** |
| **GADA<br>2060 Powers Ferry Rd<br>Atlanta, Ga 30339** | **GADA<br>2060 Powers Ferry Rd<br>Atlanta, Ga 30339** | | | **9,900.00** |
| **Trinity<br>P.O. Box 515487<br>Los Angeles, Ca 90051** | **Trinity<br>P.O. Box 515487<br>Los Angeles, Ca 90051** | | | **8,997.30** |
| **ADP Dealers Services<br>P.O. Box 88921<br>Chicago, Il 60695** | **ADP Dealers Services<br>P.O. Box 88921<br>Chicago, Il 60695** | | | **8,814.00** |
| **Principal Financial Group<br>P.O. Box 14513<br>Des Moines, IA 50306** | **Principal Financial Group<br>P.O. Box 14513<br>Des Moines, IA 50306** | | | **7,500.00** |
| **WTVM<br>P.o. Box 11407<br>Birmingham, AL 35246** | **WTVM<br>P.o. Box 11407<br>Birmingham, AL 35246** | | | **7,268.50** |
| **ITC Delta Com<br>P. O Box 1301<br>Arab, Al 35016** | **ITC Delta Com<br>P. O Box 1301<br>Arab, Al 35016** | | | **7,026.65** |
| **Neal KenDust<br>3575 Macon Rd Ste 2<br>Columbus, Ga 31907** | **Neal KenDust<br>3575 Macon Rd Ste 2<br>Columbus, Ga 31907** | | | **6,795.00** |
| **Keystone Auto<br>145 Challenger Ct<br>Columbus, Ga 30904** | **Keystone Auto<br>145 Challenger Ct<br>Columbus, Ga 30904** | | | **6,548.34** |
| **Colbalt<br>2200 1st Ave S<br>Seattle, Wa 98134** | **Colbalt<br>2200 1st Ave S<br>Seattle, Wa 98134** | | | **5,994.00** |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **Doll & Doll Motor Company** Debtor(s) Case No. ______

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Nalley Infiniti<br>2560 Moreland Ave<br>Atlanta, Ga 30315** | **Nalley Infiniti<br>2560 Moreland Ave<br>Atlanta, Ga 30315** | | | **4,979.23** |
| **Robinson Tire<br>P.O. Box 18<br>Montgomery, Al 36101** | **Robinson Tire<br>P.O. Box 18<br>Montgomery, Al 36101** | | | **4,847.44** |
| **Tri-State Tire<br>4420-G bankers Circle<br>Doraville, ga 30360** | **Tri-State Tire<br>4420-G bankers Circle<br>Doraville, ga 30360** | | | **4,676.54** |
| **Sams Club<br>P.O.Box 530981<br>Atlanta, ga 30353** | **Sams Club<br>P.O.Box 530981<br>Atlanta, ga 30353** | | | **3,900.00** |
| **G&K Services<br>1141 Emory Folmar Blvd<br>Montgomery, Al 36110** | **G&K Services<br>1141 Emory Folmar Blvd<br>Montgomery, Al 36110** | | | **2,972.58** |
| **ADP Leasing<br>P. O. Box 34656<br>Newark, NJ 07189** | **ADP Leasing<br>P. O. Box 34656<br>Newark, NJ 07189** | | | **2,200.00** |
| **Eddifice Group<br>1174 McKendree Ch Rd 200<br>Lawrenceville, Ga 30043** | **Eddifice Group<br>1174 McKendree Ch Rd 200<br>Lawrenceville, Ga 30043** | | | **2,183.50** |
| **Jay Toyota<br>1661 Whitesville Rd<br>Columbus, Ga 31904** | **Jay Toyota<br>1661 Whitesville Rd<br>Columbus, Ga 31904** | | | **2,066.47** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 17, 2009** Signature **/s/ Robert W. Doll**
**Robert W. Doll**
**CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Georgia

In re **Doll & Doll Motor Company**, Debtor(s)

Case No. ____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 17, 2009**

**/s/ Robert W. Doll**
**Robert W. Doll**/**CEO**
Signer/Title

ADP Dealers Services
P.O. Box 88921
Chicago, Il 60695

ADP Leasing
P. O. Box 34656
Newark, NJ 07189

Aflac
1932 Wynnton Rd
Columbus, Ga 31993

American Tire
102 Dunbar Rd
Byron, Ga 31006

American Tire
2697 East County Rd
White Bear Lake, Mn 55110

Atlanta Fuel Company
P.O. Box 93586
Atlanta, Ga 30377

Bi City Body Works
1544 2nd Ave
Columbus, Ga 31901

Bi- City Towing and Recovery
1702 Industrial Dr
Phenix city, Al 36869

Black Book
P.O. Box 406035
Atlanta, Ga 30384

Bumper Man
1432 Airport Blvd
Mesquite, Tx 75181

BZ Kids
P.O. Box 102854
Atlanta, ga 30368

Carl Cregory
3000 Northlake Pkwy 300
Columbus, Ga 31909

Carquest
P.O. Box 404875
Atlanta, Ga 30384

CB&T
P.O. Box 120
Columbus, GA 31902

Clarion Corp
6200Gateway Dr
Cypress, Ca 90630

Colbalt
2200 1st Ave S
Seattle, Wa 98134

Columbus Security
1940 Veterans Pkwy
Columbus, Ga 31904

Concorde Warehouse
610 Veterans Pkwy
Columbus, Ga 31901

Dealer Financial
120 Prosperous Place
Lexington, Ky 40509

Dealer Specialties
P.O. Box 3250
Norfolk, Va 23514

Dealer Tire
P.O. Box 73261
Cleveland, Oh 44193

Dealers Choice
P.O. Box 390
Fairhope, Al 36533

DealerTrack
P.O. Box 6129
New York, NY 10249

Dennis Welding
1236 Midway Dr
Columbus, Ga 31902

Discount Auto Glass
2315 2nd Ave
Columbus, Ga 31901

Eddifice Group
1174 McKendree Ch Rd 200
Lawrenceville, Ga 30043

Falcon Financial
180 Glastonbury Blvd Ste 201
GlastonBury, Ct 06033

Fastrak
64 Bayview Dr
Phenix city, Al 36869

Fed-Ex
P.O. Box 660481
Dallas, Tx 75266

First Printing
4718 San Fernando Rd Unit F
Glendale, Ca 91204

Forms Specialists
109 Hackberry Circle
Chelsea, Al 35043

Fowler's Alignment
911 12th
Phenix city, Al 36867

Fuller Fire & Safety
2002 Second Ave
Columbus, Ga 31901

G&K Services
1141 Emory Folmar Blvd
Montgomery, Al 36110

Ga Dept Of Labor
P.O. Box 740234
Atlanta, Ga 30374

Ga Dept Of Revenue
1800 Century Blvd, Room 8100
Atlanta, Ga 30345

GADA
2255 Cumberland Pkwy
Atlanta, Ga 30339

GADA
2060 Powers Ferry Rd
Atlanta, Ga 30339

GDIC
P.O. Box 105609
Atlanta, Ga 30348

Geniune Parts
P.O. Box 409043
Atlanta, Ga 30384

Golden Supply
1301 E Cliff Rd
Burnsville, Mn 55337

Granger
1200 10th ave
Columbus, Ga 31901

Hagemeyer
P.O. Box 404753
Atlanta, Ga 30384

Harry Johnson Dealer Specialties
23 Eastview Terrace
Tolland, Ct 06084

Heritage Upholstery
P. O. Box 5827
Columbus, Ga 31906

Interstate Battery
1509 50Th Street
Columbus, Ga 31904

Ip Network
88752 Expedite way
Chicago, Il 60695

ITC Delta Com
P. O Box 1301
Arab, Al 35016

Jay Toyota
1661 Whitesville Rd
Columbus, Ga 31904

Jim Burke Motors
1301 5th Ave north
Birmingham, Al 35203

Kartunes
P. O. Box 6247
Columbus, Ga 31907

Keystone Auto
145 Challenger Ct
Columbus, Ga 30904

Knox Pest Control
P.O. Box 4124
Columbus, Ga 31904

LKQ
2401 Hwy 42 North
Jenkinsburg, Ga 30234

Manheim Auction
7205 Campbellton Rd
Atlanta, Ga 30331

Myers Tire
7400 Graham Rd
Fairburn, Ga 30212

Nalley Infiniti
2560 Moreland Ave
Atlanta, Ga 30315

Neal KenDust
3575 Macon Rd Ste 2
Columbus, Ga 31907

Nissan North America
P.O. Box 685001
Franklin, Tn 37068

NMAC--Floorplan
8900 Freeport Pkwy
Irving, Tx 75063

Onmedia
7290 North Lake
Columbus, Ga 31909

Oreilly's
P.O. Box 790098
St Louis, Mo 63179

Panasonic
24542 Network Place
Chicago, Il 60673

Parts Connection
2310 Michigan Ct
Arlington, Tx 76016

Pinnacle Group
4371 nw 124th Ave
Coral Springs, Fl 33065

Premaco
975 Cobb Place Blvd
Kennesaw, Ga 30144

Principal Financial Group
P.O. Box 14513
Des Moines, IA 50306

Robinson Tire
P.O. Box 18
Montgomery, Al 36101

Safety Kleen
P.O. Box 650509
Dallas, Tx 75265

Sams Club
P.O.Box 530981
Atlanta, ga 30353

Shop Trak
95 South Wheeler St
St Paul, Mn 55105

Snap On Business
23756Network Place
Chicago, Il 60673

Southern Detail
2301 Benson Suite j
Smyrna, Ga 30082

Southland Chemical
P.O. Box 4027
Columbus, Ga 31914

SPX
P.o. Box 406799
Atlanta, Ga 30384

Superior Tire
2000 Veterans pkwy
Columbus, ga 31904

TG Restoration
1003 24Th St
Valley, Al 36854

Tri-State Tire
4420-G bankers Circle
Doraville, ga 30360

Trinity
P.O. Box 515487
Los Angeles, Ca 90051

WBOJ
1353 13th Ave
Columbus, Ga 31901

WCGQ
1353 13th Airport
Columbus, Ga 31901

WFS Financial
3417 OakCliff Rd
Atlanta, Ga 30340

White Brothers
P.O. 248
Macon, Ga 31202

William Wilson Equipment
24 Orchard Ridge Dr
Lizella, Ga 31052

WKCN
1353 13th Ave
Columbus, Ga 31901

WRLD
1353 13th Ave
Columbus, Ga 31901

WTVM
P.o. Box 11407
Birmingham, AL 35246

YRC Roadway
P. O. Box 905587
Charlotte, NC 28290

Zag
Dept. 9720
Los Angeles, Ca 90084

Zep Manfacturing
P.O. Box 404628
Atlanta, GA 30384